1
2
3
4
5
6
7
8                           **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   ROBERT MENDEZ,                          )   Case No.: 1:11-cv-02154-LJO-JLT
                                             )
12              Petitioner,                  )   ORDER GRANTING RESPONDENT'S REQUEST
                                             )   TO FILE DOCUMENTS UNDER SEAL (Doc. 18)
13         v.                                )
                                             )
14   MATTHEW CATE, Warden,                   )   ORDER DIRECTING CLERK OF THE COURT TO
                                             )   SEAL DOCUMENTS
15              Respondent.                  )
                                             )
16   _____)

17         Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  On April 5, 2012, Respondent filed the Answer and lodged

19   various documents in support of the Answer.  (Docs. 15 & 16).  The documents included sealed

20   transcripts of Petitioner's October 3, 2008 and November 13, 2008 Marsden[1] hearings, conducted in

21   camera before the trial judge.  On April 11, 2012, subsequent to filing the Answer and supporting

22   documents, Respondent filed the instant request to keep those two Marsden transcripts under seal.

23   (Doc. 18).

24         Pursuant to Local Rule 141(a), "[d]ocuments may be sealed only by written order of the Court,

25   upon the showing required by applicable law."  The process, as described in the Local Rule, is

26   initiated by the filing of a Notice and a Request to Seal Documents.  Id.  In the latter document, the

27   _____

28   [1] People v. Marsden, 2 Cal.3d 118 (1970).

                                                1

moving party "shall set forth the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons to be permitted access to the documents, and all other relevant information." Id.

Here, Petitioner has based his request on Local Rule 141, he has identified the specific pages to be sealed, and he has set forth the grounds for sealing said documents, i.e., that the State of California deems the documents confidential in order to preserve the privacy interests of Petitioner created by California law.

GOOD CAUSE having been presented, it is HEREBY ORDERED as follows:

1.  Respondent's request to seal documents (Doc. 18), is GRANTED;

2.  The Clerk of the Court is DIRECTED to seal the requested documents and to limit access to those documents to those parties specified in Cal. Rules of Court, Rule 8.328.  The documents to be sealed include:

  a.  Reporter's Transcript of Sealed Marsden Hearing, Volume 12-A, pages 1451-1500;

  b.  (2) Reporter's Transcript of Sealed Marsden Hearing, Volume 14-A, pages 1604-1605.

IT IS SO ORDERED.

Dated:   **February 21, 2013**    **/s/ Jennifer L. Thurston**
            UNITED STATES MAGISTRATE JUDGE

2